IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Hines, Norma C

Printed: 1/15/08

Case Number: 06 B 06694
Judge: Goldgar, A. Benjamin
Filed: 6/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: December 4, 2007
Confirmed: September 26, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,800.00 |  |
| Secured: |  | 11,443.19 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,674.00 |
| Trustee Fee: |  | 682.81 |
| Other Funds: |  | 0.00 |
| Totals: | 13,800.00 | 13,800.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 1,674.00 | 1,674.00 |
| 2. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | City Of Chicago | Secured | 712.76 | 106.48 |
| 5. | HSBC Auto Finance | Secured | 30,364.95 | 6,675.99 |
| 6. | City Of Chicago | Secured | 1,474.76 | 220.48 |
| 7. | Option One Mortgage Corp | Secured | 10,222.84 | 1,955.12 |
| 8. | American General Finance | Secured | 12,994.18 | 2,485.12 |
| 9. | Carrie Mims | Priority | 1,094.08 | 0.00 |
| 10. | Internal Revenue Service | Priority | 1,731.82 | 0.00 |
| 11. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 12. | Shoppers Charge Accounts | Unsecured | 241.98 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 919.31 | 0.00 |
| 14. | Auto Owners Insurance | Unsecured | 1,236.39 | 0.00 |
| 15. | Capital One | Unsecured | 3,790.58 | 0.00 |
| 16. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 17. | Comcast Cablevision | Unsecured | 866.40 | 0.00 |
| 18. | Capital One | Unsecured | 793.00 | 0.00 |
| 19. | EduCap Inc | Unsecured | 2,146.75 | 0.00 |
| 20. | Peoples Energy Corp | Unsecured | 11,068.16 | 0.00 |
| 21. | Paragon Way Inc | Unsecured | 464.98 | 0.00 |
| 22. | Aspire Visa | Unsecured | 1,079.98 | 0.00 |
| 23. | HSBC Auto Finance | Unsecured | 0.00 | 0.00 |
| 24. | City Of Chicago | Unsecured | 0.00 | 0.00 |
| 25. | Portfolio Recovery Associates | Unsecured | 2,069.67 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Hines, Norma C | Case Number: 06 B 06694 | |
| | Judge: Goldgar, A. Benjamin | |
| Printed: 1/15/08 | Filed: 6/8/06 | |

| | | | |
|---|---|---|---|
| 26. | Central Mercantile Col | Unsecured | No Claim Filed |
| 27. | Commonwealth Edison | Unsecured | No Claim Filed |
| 28. | Commonwealth Edison | Unsecured | No Claim Filed |
| 29. | Georgis & Associates Chtd | Unsecured | No Claim Filed |
| 30. | Financial Management & Assoc | Unsecured | No Claim Filed |
| 31. | Elite Recovery Services | Unsecured | No Claim Filed |
| 32. | AOL | Unsecured | No Claim Filed |
| 33. | Cross Country Bank | Unsecured | No Claim Filed |
| 34. | Credit Bureau Accts Collections & Servs | Unsecured | No Claim Filed |
| 35. | Lonnie Dantzler | Unsecured | No Claim Filed |
| 36. | Medical Collections | Unsecured | No Claim Filed |
| 37. | Peoples Energy Corp | Unsecured | No Claim Filed |
| 38. | Norman & Lydia Dixon | Unsecured | No Claim Filed |
| 39. | Acosta Medical | Unsecured | No Claim Filed |
| 40. | Providian | Unsecured | No Claim Filed |
| 41. | Pinnacle Fincial Group Inc | Unsecured | No Claim Filed |
| 42. | RJM Acquisitions LLC | Unsecured | No Claim Filed |
| 43. | Merchants Credit Guide | Unsecured | No Claim Filed |
| 44. | U S Cellular | Unsecured | No Claim Filed |
| 45. | Arrow Financial Services | Unsecured | No Claim Filed |
| 46. | Chicago Tribune | Unsecured | No Claim Filed |

$ 84,946.59          $ 13,117.19

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 499.21 |
| 5.4% | 183.60 |

$ 682.81

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: